**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Elliott Alford
                                      Plaintiff,

v.                                                                Case No.: 1:22−cv−01596
                                                                 Honorable Robert M. Dow Jr.

Professional Placement Services, LLC
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the notice of voluntary dismissal [4] filed on 5/9/2022, this case is dismissed with prejudice. Initial status hearing date of 6/9/2022 is stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.